| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Donald F. Campbell, Jr., Esq. (DC8924)<br>Giordano, Halleran & Ciesla, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701<br>(Tel) 732 741 3900<br>(Fax) 732 224 6599<br>dcampbell@ghclaw.com | |
| --- | --- |
| | Order Filed on May 25, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| In Re:<br><br>HILLSIDE OFFICE PARK, LLC<br><br>Debtor. | Case No.: 16-19617-VFP |
| --- | --- |
| | Judge: Hon. Vincent F. Papalia, U.S.B.J. |
| | Chapter: 11 |

## ORDER AUTHORIZING RETENTION OF

## BOWMAN CONSULTING GROUP, LTD.

The relief set forth on the following page is hereby **ORDERED**

**DATED: May 25, 2018**

_____
**H**onorable Vincent F. Papalia
**United States Bankruptcy Judge**

IN RE:  HILLSIDE OFFICE PARK, LLC

Case No. 16-19617-VFP

Caption: ORDER AUTHORIZING RETENTION OF

Page 2 of 2

Upon the applicant's request for authorization to retain Bowman Consulting Group, Ltd. as **Professional Civil Engineer**, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Bowman Consulting Group, Ltd.

    303 West Main Street

    Freehold, New Jersey 07728

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.

Docs #3200541-v1

2