UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Donald F. Campbell, Jr., Esq. (DC8924)
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
Tel: (732) 741 3900
Fax: (732) 224 6599
dcampbell@ghclaw.com

Order Filed on August 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Hillside Office Park, LLC

Case No.: 16-19617

Chapter: 11

Judge: VFP

## ORDER AUTHORIZING RETENTION OF

Jones Lang LaSalle Brokerage, Inc.

The relief set forth on the following page is **ORDERED**.

DATED: August 26, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain   Jones Lang LaSalle Brokerage, Inc.
as   exclusive broker  , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   1 Meadowlands Plaza
   Suite 804
   East Rutherford, NJ 07073

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*